1  Ryan Lee, Esq. (SBN 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4
   Attorneys for Plaintiff, AMY ABDAI
5

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| AMY ABDAI, | Case No.: 09-CV-00437 CKJ |
| Plaintiffs, | **NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |
| vs. | |
| ALLIED INTERSTATE, INC., | |
| Defendant. | |

**TO:  DEFENDANT AND ITS ATTORNEY, DAVID J. KAMINSKI:**

Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment served and filed herein in the above matter, and attached hereto as <u>Exhibit A</u>.

RESPECTFULLY SUBMITTED,

DATED: October 5, 2009        KROHN & MOSS, LTD.


By: <u>/s/ Ryan Lee</u>
       Ryan Lee
       Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT A**

DAVID J. KAMINSKI (State Bar No. 128509)
kaminskid@cmtlaw.com
MICHAEL P. LAVIGNE (State Bar No. 216538)
lavignem@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
ALLIED INTERSTATE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMY ABDAI,<br><br>  Plaintiff,<br><br>  vs.<br><br>ALLIED INTERSTATE, INC.,<br><br>  Defendant. | CASE NO. 09-CV- 00437 CKJ<br><br>**OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 68** |

**TO PLAINTIFF AMY ABDAI AND TO HIS ATTORNEYS OF RECORD:**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant ALLIED INTERSTATE, INC. ("Defendant"), by and through its counsel, hereby offers to allow judgment to be taken against Defendant and in favor of Plaintiff, as follows:

1. Judgment shall be entered in the amount of $500.00 for alleged damages to Plaintiff AMY ABDAI ("Plaintiff");

2. Reasonable attorney fees now accrued in connection with the above-

1

1  referenced action in the amount of $2,150.00 are to be added to the Judgment as
2  against this Defendant;

3      3.    Reasonable costs now accrued in connection with the above-referenced
4  action in the amount of $350.00 are to be added to the Judgment as against this
5  Defendant; and

6      4.    The judgment entered in accordance with this Offer of Judgment is to
7  be in total settlement of any and all claims and allegations by Plaintiff against,
8  implicating or involving Defendant, and said judgment shall have no effect
9  whatsoever except in settlement of those claims.

10      In accordance with Rule 68, if this Offer of Judgment is not accepted by
11  Plaintiff within ten (10) days after service of the Offer, the Offer shall be deemed
12  withdrawn, and any evidence of this Offer will be inadmissible except in any
13  proceeding to recover costs or attorneys' fees.

14      In accordance with Rule 68, if this Offer of Judgment is not accepted by
15  Plaintiff, and the Judgment finally obtained by Plaintiff, exclusive of costs and
16  attorneys' fees is not more favorable than this Offer, Plaintiff may be required to pay
17  his costs and attorneys' fees incurred after the date of this Offer.

18  **IN THE ALTERNATIVE**, if the above offer of judgment is not accepted,
19  Defendant, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby
20  offers to allow judgment to be taken against Defendant and in favor of Plaintiff, as
21  follows:

22      1.    Judgment shall be entered in the amount of 500.00 for alleged damages
23  to Plaintiff;

24      2.    Reasonable attorney fees and costs now accrued in connection with the
25  above-referenced action are to be added to the Judgment as against this Defendant.
26  Said fees and costs are to be in an amount as agreed by counsel for the parties, or if
27  they are unable to agree, as determined by the Court, upon Motion; and

28

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

06048.00:157917

OFFER OF JUDGMENT PURSUANT
TO FEDERAL RULE OF CIVIL
PROCEDURE RULE 68
CASE NO. 09-CV 00437 CKJ

3. The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims and allegations by Plaintiff against, implicating or involving Defendant, and said judgment shall have no effect whatsoever except in settlement of those claims.

In accordance with Rule 68, if this Offer of Judgment is not accepted by Plaintiff within ten (10) days after service of the Offer, the Offer shall be deemed withdrawn, and any evidence of this Offer will be inadmissible except in any proceeding to recover costs or attorneys' fees.

In accordance with Rule 68, if this Offer of Judgment is not accepted by Plaintiff, and the Judgment finally obtained by Plaintiff, exclusive of costs and attorneys' fees is not more favorable than this Offer, Plaintiff may be required to pay his costs and attorneys' fees incurred after the date of this Offer.

DATED: October 2, 2009                    CARLSON & MESSER LLP


By   /s/ David J. Kaminski
     David J. Kaminski
     Michael P. Lavigne
     Attorneys for Defendant
     ALLIED INTERSTATE, INC.

<u>**PROOF OF SERVICE**</u>

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

    I am employed in the County of Los Angeles, State of California.

    I am over the age of 18 and not a party to the within action; my business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, California 90045.

    On **October 5, 2009,** I served the foregoing document described as: **OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 68** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]  **BY ELECTRONIC MAIL :**
    Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[]  (BY MAIL)
    I sealed such envelope(s) and placed it (them) for collection and mailing on this dates following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[]  (BY FACSIMILE)
    I transmitted via telecopier machine such document to the offices of the addressees.

[]  **PERSONAL SERVICE BY HAND-** I personally served document to address stated on POS Service List.

[X]  (FEDERAL) - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed this **5th**[th] day of **October, 2009** at Los Angeles, California.

*Deborah A. Nash* (signature)<br>Deborah A. Nash

06048.00:157965

1
2
3
4
5
6
7
8
...
28

## SERVICE LIST
## Amy Abdai v. Allied Interstate, Inc.
### 06048.00

Ryan S. Lee, Esq.  
Krohn & Moss, Ltd  
10474 Santa Monica, Blvd., Ste. 401  
Los Angeles, CA 90025  
Tel: (323) 988-2400 x235  
Fax (866) 802-0021

Attorneys for Plaintiff,  
Amy Abdai

06048.00:157965