UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

```
AMY ABDAI,                         )
                                   )
          Plaintiff,               )
                                   )
     vs.                           )    JUDGMENT IN A CIVIL CASE
                                   )
ALLIED INTERSTATE, INC.,           )    Case No. CV09-00437-TUC-CKJ
                                   )
          Defendant.               )
_____  )
```

**DECISION BY COURT.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this cause of action is **DISMISSED WITH PREJUDICE.**

Damages in favor of Plaintiff Amy Abdai shall be entered in the amount of $500.00

Reasonable attorneys' fees now accrued in connection with the above-referenced action be entered against Defendant Allied Interstate, Inc. In the amount of $2,150.00.

Reasonable costs now accrued in connection with the above-referenced action shall be entered against Defendant Allied Interstate, Inc. in the amount of $350.00.

Judgment is entered.


<u>November 25, 2009</u>           RICHARD H. WEARE
Date                               CLERK


                                    <u>S/Jill Tarlton</u>
                                    By: Jill Tarlton, Deputy Clerk